STEVEN G. KALAR
Federal Public Defender
GRAHAM E. ARCHER
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
graham_archer@fd.org

Counsel for Defendant MORK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       vs.<br><br>VAN SEYLA MORK.<br><br>                Defendant. | Case No.: CR-18-00578 EJD<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING |

Defendant Van Seyla Mork and the Government hereby stipulate and agree that the status hearing currently set for Monday, April 15, 2019 at 1:30 p.m. may be continued to Monday, May 13, 2019 at 1:30 p.m.

The reason for the requested continuance is to allow defense counsel further time to review discovery and confer with his client.

Accordingly, the parties stipulate and agree that the Court may exclude time from April 15, 2019 to May 13, 2019, and that an exclusion of time to May 13, 2019, is appropriate to allow for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

///

Stipulation and Order Continuing Hearing
CR 18-578 EJD

IT IS SO STIPULATED.

STEVEN G. KALAR
FEDERAL PUBLIC DEFENDER

Dated: April 10, 2019                      /s_____
GRAHAM E. ARCHER
Assistant Federal Public Defender


DAVID L. ANDERSON
UNITED STATES ATTORNEY

Dated: April 10, 2019                      /s_____
JEFFREY SCHENK
Assistant United States Attorney


## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon the stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Monday, April 15, 2019, shall be continued to Monday, May 13, 2019, at 1:30 p.m.

IT IS FURTHER ORDERED, that the time through and including May 13, 2019, shall be excluded to allow for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: __4/10/2019_____                      _____
HONORABLE EDWARD J. DAVILA
United States District Judge

Stipulation and Order Continuing Hearing
CR 18-578 EJD